# Sedgwick County District Court Search - Case Display

## Case Number: 1480

| | |
|---|---|
| Case Year: 2020 | **Case UID**: 2020-CV-001480-TO |
| Case Type: CV | Filed: 2020-09-16 |
| Case Sub-type: Other Tort | Last Updated: 2020-09-17 at 09:47:27 |
| Advisement Date: | Remand Date: |
| Appealed: N | Appealed Date: |
| Status Code: 1 | Status Date: |
| Status Description: Pending | |

## Defendants

### Party 1

| |
|---|
| Defendant Number: 1 |

| Last Name (or Business Name): Petrochoice Dynamo LLC | | |
|---|---|---|
| First Name: | Middle: | **Suffix**: |

### Description

| | |
|---|---|
| Sex: | Race: |
| Height: | Weight: |

### Defense Attorney 1

| Last Name: Rupe | First: Alan | Middle: L |
|---|---|---|
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: Lewis Brisbois Bisgaard & Smith LLP | | |

## Defense Attorney 2

| Last Name: Kalcik | First: Nanette | Middle: C Turner |
|---|---|---|
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: Lewis Brisbois Bisgaard & Smith LLP | | |

## Defense Attorney 3

| Last Name: Schneider | First: Francis | Middle: Michael |
|---|---|---|
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: Lewis Brisbois Bisgaard & Smith LLP | | |

## Party 2

| Defendant Number: 2 |
|---|

| Last Name (or Business Name): Petrochoice Holdings LLC | | |
|---|---|---|
| First Name: | Middle: | Suffix: |

## Description

| Sex: | Race: |
|---|---|
| Height: | Weight: |

## Plaintiff

## Party

| Plaintiff Number: 1 | Amount Claimed: 0.00 |
|---|---|

| Last Name (or Business Name): McMahon | | |
|---|---|---|
| First Name: Dan | Middle: | Suffix: |

## Description

| Sex: | Race: |
|---|---|

Office of Judicial Administration - Kansas District Court Records Search

| Height: | Weight: |
| --- | --- |

## Plaintiff Attorney 1

| Last Name: McGivern | First: Sean | Middle: M |
| --- | --- | --- |
| Primary Attorney: Y | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: Graybill & Hazlewood, LLC | | |

## Plaintiff Attorney 2

| Last Name: Peterson | First: Donald | Middle: N |
| --- | --- | --- |
| Primary Attorney: N | Court Appointed: N | Conflict Attorney: N |
| Withdrawn: N | Send Notices: Y | |
| Practice or Office: Graybill & Hazlewood, LLC | | |

# Hearings

### Hearing

| Hearing Number: 1 | Jury Hearing: N |
| --- | --- |
| Hearing Type: Civil Discovery Conference | |
| Starts: 2020-11-04 at 09:00:00 | |
| Court Room Number: Courtroom 5-4 | |
| Ends: 2020-11-04 at 09:00:00 | Results Code: |
| Hearing Results: | |
| Hearing Comments: | |

### Judge

| Last Name: Hernandez Mitchell, Div. 22 | First: Deborah | Middle: | Suffix: |
| --- | --- | --- | --- |

# Case Judge

| Last Name: Hernandez Mitchell, Div. 22 | First: Deborah | Middle: | Suffix: |
| --- | --- | --- | --- |

# Registry of Actions

### Action 1

| Action Date: 2020-09-16 | Action Type: AOR |
|---|---|
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Plaintiff: McMahon, Dan Attorney of Record Sean M McGivern | |

### Action 2

| Action Date: 2020-09-16 | Action Type: AOR |
|---|---|
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Plaintiff: McMahon, Dan Attorney of Record Donald N Peterson II | |

### Action 3

| Action Date: 2020-09-16 | Action Type: PLEPET |
|---|---|
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Petition PLE: Petition | |

### Action 4

| Action Date: 2020-09-21 | Action Type: HEAR |
|---|---|
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Hearing Scheduled (Civil Discovery Conference 11/04/2020 09:00 AM) | |

### Action 5

| Action Date: 2020-11-30 | Action Type: ISSD |
|---|---|
| Action Agent: | |
| Description: Summons: Issued on 11/30/2020; to Petrochoice Dynamo LLC on 11/30/2020. | |

### Action 6

| Action Date: 2020-11-30 | Action Type: ISSD |
|---|---|
| Action Agent: | |
| Description: Summons: Issued on 11/30/2020; to Petrochoice Holdings LLC on 11/30/2020. | |

## Action 7

| Action Date: 2020-11-30 | Action Type: PLESUM |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Summons PLE: Summons | |

## Action 8

| Action Date: 2020-11-30 | Action Type: PLESUM |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Summons PLE: Summons | |

## Action 9

| Action Date: 2020-12-07 | Action Type: RETROS |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Return of Service by Certified Mail RET: Return of Service | |

## Action 10

| Action Date: 2020-12-07 | Action Type: RETROS |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Return of Service by Certified Mail RET: Return of Service | |

## Action 11

| Action Date: 2020-12-23 | Action Type: AOR |
| --- | --- |
| Action Agent: | |
| Description: Attorney of Record Alan L Rupe | |

## Action 12

| Action Date: 2020-12-23 | Action Type: INFEOA |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Entry of Appearance INF: Entry of Appearance | |

## Action 13

| Action Date: 2020-12-23 | Action Type: AOR |
| --- | --- |

| Action Agent: | |
| --- | --- |
| Description: Attorney of Record Nanette C Turner Kalcik | |

## Action 14

| Action Date: 2020-12-23 | Action Type: INFEOA |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Entry of Appearance INF: Entry of Appearance | |

## Action 15

| Action Date: 2020-12-23 | Action Type: AOR |
| --- | --- |
| Action Agent: | |
| Description: Attorney of Record Francis Michael Schneider | |

## Action 16

| Action Date: 2020-12-23 | Action Type: INFEOA |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Entry of Appearance INF: Entry of Appearance | |

## Action 17

| Action Date: 2020-12-23 | Action Type: ORDCEXT |
| --- | --- |
| Action Agent: Deborah Hernandez Mitchell, Div. 22 | |
| Description: Clerk's Order Extending Answer Deadline ORD: Clerk's Extension | |

© 2021 **Office of Judicial Administration (http://www.kscourts.org)**

ELECTRONICALLY FILED
2020 Sep 16 PM 3:51
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

|  |  |  |
|---|---|---|
| DAN MCMAHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| PETROCHOICE DYNAMO LLC & | ) | |
| PETROCHOICE HOLDINGS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to K.S.A. Chapter 60

## PETITION

Plaintiff Dan McMahon states the following or his cause of action against Defendants Petrochoice Dynamo LLC & Petrochoice Holdings LLC:

1.      Dan McMahon is a resident of the state of Kansas.

2.      Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC are limited liability companies that conduct business in the state of Kansas under the name of "Petrochoice." Throughout this Petition, both Defendants are referred to as Petrochoice.

3.      Petrochoice is a manufacturer and distributor of automobile lubricant products.

4.      At all times relevant to the allegations in this Complaint, Mr. McMahon was employed as the Sales Manager of Petrochoice's West Region, which is based out of the Petrochoice facility in Wichita, Kansas.

5.      Petrochoice sells many lines of oil products including Eco Ultra, Medallion Plus, Perfect Seal, Service Pro, and Dyna-Plex.

6.      Petrochoice markets these products by comparing them to one another.

7.      Petrochoice's customers include distributors like NAPA, who sell Petrochoice bulk lubricant products to their own customers.

8.      Petrochoice sales personnel like McMahon were trained to tell NAPA, other distributors, and their customers that Eco Ultra is made from a recycled base oil, while other products are not.

9.      The truth is, all of Petrochoice's synthetic blend 5W-20 and 5W-30 passenger vehicle oils are all made from the same oil, that is recycled and manufactured at the Wichita facility.

10.     Petrochoice does not reveal this to its customers.

11.     Up until shortly before McMahon was terminated, Petrochoice new business reports tracked customer preference – for virgin-based oil, recycled oil, or both.

12.     Petrochoice sales personnel are trained to, and expected to, deceive customers who ask about differences in the products, including the type of base oil used.

13.     In July 2018, McMahon complained to his Regional VP (Gary Parkos) about these practices he considered to be fraudulent.  Specifically, Petrochoice markets and sells re-refined oil as virgin-based oil.  Petrochoice literally fills totes of Medallion branded oil and Eco Ultra oil; two different products, from the exact same tank, even though they are marketed as different base oils.

14.     McMahon's complaint to Parkos was protected because it disclosed practices that violate Kansas law, including the general prohibition on engaging in fraud, and the Kansas Consumer Protection Act.

15.     Mr. Parkos acknowledged he was aware of the company's practice but has since testified being unaware of it.

16.     On September 17, 2018, Petrochoice terminated McMahon for his complaint.

17.     Petrochoice cited a December 2016 complaint about McMahon as a reason for terminating McMahon.

18.     Rick Palmore, at the time a member of the Petrochoice's president's advisory board, committed perjury as part of the company's cover-up of McMahon's termination.  The perjured declaration that Mr. Palmore signed was prepared by Petrochoice's lawyers.

19.     McMahon has been damaged by Petrochoice's illegal conduct.

WHEREFORE, Plaintiff Dan McMahon prays that judgment be entered in his favor, and against Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC, for an amount in excess of $75,000.00.

**Plaintiff Dan McMahon demands a trial by jury on all issues to which such right exists.**

DATED: September 16, 2020.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, 13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Nov 30 PM 12:12
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

Dan McMahon

vs.

Petrochoice Dynamo LLC, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

       **Petrochoice Holdings LLC**

       **c/o The Corporation Company Inc.**

       **112 SW 7th Street Ste 3C**

       **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

       Sean McGivern

       218 N Mosley

       Wichita, KS 67202

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed  on 11/30/2020 12:54:10 PM

**Documents to be served with the Summons:**

Petition

ELECTRONICALLY FILED
2020 Nov 30 PM 12:12
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001480-TO

Dan McMahon

vs.

Petrochoice Dynamo LLC, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Petrochoice Dynamo LLC**
**c/o The Corporation Company Inc.**
**112 SW 7th Street Ste 3C**
**Topeka, KS 66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Sean McGivern

218 N Mosley

Wichita, KS 67202

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed on 11/30/2020 12:54:10 PM

**Documents to be served with the Summons:**

Petition

ELECTRONICALLY FILED
2020 Dec 07 AM 9:57
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001480-TO

CASE NO. <u>2020-CV-001480-TO</u>
*Dan McMahon v. Petrochoice Dynamo LLC, et. al*

## RETURN ON SERVICE
## BY CERTIFIED MAIL

I hereby certify that I have served the within _____ Summons and Petition _____

(1)     By mailing on the 1st day of December 2020 a copy of the pleading in the above action as certified mail return receipt requested;  (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as shown on the card below:



_____ /s/ Sean McGivern _____
Sean M. McGivern, 22932
GRAYBILL & HAZLEWOOD, LLC

Dated  December 7, 2020

ELECTRONICALLY FILED
2020 Nov 30 PM 12:12
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

Dan McMahon

vs.

Petrochoice Dynamo LLC, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Petrochoice Dynamo LLC**
**c/o The Corporation Company Inc.**
**112 SW 7th Street Ste 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Sean McGivern

218 N Mosley

Wichita, KS 67202

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed  on 11/30/2020 12:54:10 PM

**Documents to be served with the Summons:**
Petition

ELECTRONICALLY FILED
2020 Sep 16 PM 3:51
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

| | | |
|---|---|---|
| DAN MCMAHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| PETROCHOICE DYNAMO LLC & | ) | |
| PETROCHOICE HOLDINGS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to K.S.A. Chapter 60

## <u>PETITION</u>

Plaintiff Dan McMahon states the following or his cause of action against Defendants Petrochoice Dynamo LLC & Petrochoice Holdings LLC:

1.      Dan McMahon is a resident of the state of Kansas.

2.      Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC are limited liability companies that conduct business in the state of Kansas under the name of "Petrochoice." Throughout this Petition, both Defendants are referred to as Petrochoice.

3.      Petrochoice is a manufacturer and distributor of automobile lubricant products.

4.      At all times relevant to the allegations in this Complaint, Mr. McMahon was employed as the Sales Manager of Petrochoice's West Region, which is based out of the Petrochoice facility in Wichita, Kansas.

5.      Petrochoice sells many lines of oil products including Eco Ultra, Medallion Plus, Perfect Seal, Service Pro, and Dyna-Plex.

6.      Petrochoice markets these products by comparing them to one another.

1

7. Petrochoice's customers include distributors like NAPA, who sell Petrochoice bulk lubricant products to their own customers.

8. Petrochoice sales personnel like McMahon were trained to tell NAPA, other distributors, and their customers that Eco Ultra is made from a recycled base oil, while other products are not.

9. The truth is, all of Petrochoice's synthetic blend 5W-20 and 5W-30 passenger vehicle oils are all made from the same oil, that is recycled and manufactured at the Wichita facility.

10. Petrochoice does not reveal this to its customers.

11. Up until shortly before McMahon was terminated, Petrochoice new business reports tracked customer preference – for virgin-based oil, recycled oil, or both.

12. Petrochoice sales personnel are trained to, and expected to, deceive customers who ask about differences in the products, including the type of base oil used.

13. In July 2018, McMahon complained to his Regional VP (Gary Parkos) about these practices he considered to be fraudulent. Specifically, Petrochoice markets and sells re-refined oil as virgin-based oil. Petrochoice literally fills totes of Medallion branded oil and Eco Ultra oil; two different products, from the exact same tank, even though they are marketed as different base oils.

14. McMahon's complaint to Parkos was protected because it disclosed practices that violate Kansas law, including the general prohibition on engaging in fraud, and the Kansas Consumer Protection Act.

15. Mr. Parkos acknowledged he was aware of the company's practice but has since testified being unaware of it.

16. On September 17, 2018, Petrochoice terminated McMahon for his complaint.

17.     Petrochoice cited a December 2016 complaint about McMahon as a reason for terminating McMahon.

18.     Rick Palmore, at the time a member of the Petrochoice's president's advisory board, committed perjury as part of the company's cover-up of McMahon's termination.  The perjured declaration that Mr. Palmore signed was prepared by Petrochoice's lawyers.

19.     McMahon has been damaged by Petrochoice's illegal conduct.

WHEREFORE, Plaintiff Dan McMahon prays that judgment be entered in his favor, and against Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC, for an amount in excess of $75,000.00.

**Plaintiff Dan McMahon demands a trial by jury on all issues to which such right exists.**

DATED: September 16, 2020.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, 13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Dec 07 AM 9:57
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

CASE NO. <u>2020-CV-001480-TO</u>
*Dan McMahon v. Petrochoice Dynamo LLC, et. al*

## RETURN ON SERVICE
## BY CERTIFIED MAIL

I hereby certify that I have served the within _____Summons and Petition_____

(1)       By mailing on the 1st day of December 2020 a copy of the pleading in the above action as certified mail return receipt requested;  (2)  the name and address on the envelope containing the process mailed as certified mail return receipt requested were as shown on the card below:



/s/ Sean McGivern
Sean M. McGivern, 22932
GRAYBILL & HAZLEWOOD, LLC

Dated  December 7, 2020

**ELECTRONICALLY FILED**
2020 Nov 30 PM 12:12
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

Dan McMahon

vs.

Petrochoice Dynamo LLC, et al. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

        **Petrochoice Holdings LLC**
        **c/o The Corporation Company Inc.**
        **112 SW 7th Street Ste 3C**
        **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

        Sean McGivern
        218 N Mosley
        Wichita, KS 67202

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed  on 11/30/2020 12:54:10 PM

**Documents to be served with the Summons:**

Petition

ELECTRONICALLY FILED
2020 Sep 16 PM 3:51
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

DAN MCMAHON,                                  )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )          Case No. _____
                                             )
PETROCHOICE DYNAMO LLC &                     )
PETROCHOICE HOLDINGS LLC,                    )
                                             )
                    Defendants.              )
_____ )

Pursuant to K.S.A. Chapter 60

## PETITION

Plaintiff Dan McMahon states the following or his cause of action against Defendants

Petrochoice Dynamo LLC & Petrochoice Holdings LLC:

1.      Dan McMahon is a resident of the state of Kansas.

2.      Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC are limited

liability companies that conduct business in the state of Kansas under the name of "Petrochoice."

Throughout this Petition, both Defendants are referred to as Petrochoice.

3.      Petrochoice is a manufacturer and distributor of automobile lubricant products.

4.      At all times relevant to the allegations in this Complaint, Mr. McMahon was

employed as the Sales Manager of Petrochoice's West Region, which is based out of the

Petrochoice facility in Wichita, Kansas.

5.      Petrochoice sells many lines of oil products including Eco Ultra, Medallion Plus,

Perfect Seal, Service Pro, and Dyna-Plex.

6.      Petrochoice markets these products by comparing them to one another.

7.      Petrochoice's customers include distributors like NAPA, who sell Petrochoice bulk lubricant products to their own customers.

8.      Petrochoice sales personnel like McMahon were trained to tell NAPA, other distributors, and their customers that Eco Ultra is made from a recycled base oil, while other products are not.

9.      The truth is, all of Petrochoice's synthetic blend 5W-20 and 5W-30 passenger vehicle oils are all made from the same oil, that is recycled and manufactured at the Wichita facility.

10.     Petrochoice does not reveal this to its customers.

11.     Up until shortly before McMahon was terminated, Petrochoice new business reports tracked customer preference – for virgin-based oil, recycled oil, or both.

12.     Petrochoice sales personnel are trained to, and expected to, deceive customers who ask about differences in the products, including the type of base oil used.

13.     In July 2018, McMahon complained to his Regional VP (Gary Parkos) about these practices he considered to be fraudulent.  Specifically, Petrochoice markets and sells re-refined oil as virgin-based oil.  Petrochoice literally fills totes of Medallion branded oil and Eco Ultra oil; two different products, from the exact same tank, even though they are marketed as different base oils.

14.     McMahon's complaint to Parkos was protected because it disclosed practices that violate Kansas law, including the general prohibition on engaging in fraud, and the Kansas Consumer Protection Act.

15.     Mr. Parkos acknowledged he was aware of the company's practice but has since testified being unaware of it.

16.     On September 17, 2018, Petrochoice terminated McMahon for his complaint.

17.     Petrochoice cited a December 2016 complaint about McMahon as a reason for terminating McMahon.

18.     Rick Palmore, at the time a member of the Petrochoice's president's advisory board, committed perjury as part of the company's cover-up of McMahon's termination.  The perjured declaration that Mr. Palmore signed was prepared by Petrochoice's lawyers.

19.     McMahon has been damaged by Petrochoice's illegal conduct.

WHEREFORE, Plaintiff Dan McMahon prays that judgment be entered in his favor, and against Defendants Petrochoice Dynamo LLC and Petrochoice Holdings LLC, for an amount in excess of $75,000.00.

**Plaintiff Dan McMahon demands a trial by jury on all issues to which such right exists.**

DATED: September 16, 2020.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, 13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Facsimile: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Dec 23 PM 3:34
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**SEDGWICK COUNTY, KANSAS, DISTRICT COURT**
**CIVIL DIVISION**

DAN MCMAHON,

        Plaintiff,

v.

PETROCHOICE DYNAMO LLC, and
PETROCHOICE HOLDINGS LLC,

        Defendants.

Case No. 2020-cv-001480-TO

**<u>ENTRY OF APPEARANCE</u>**

Francis M. Schneider, of Lewis Brisbois Bisgaard & Smith LLP, hereby enters his

appearance as counsel for Defendant PetroChoice Dynamo LLC.

/s/ Francis M. Schneider
Francis M. Schneider, KS # 27896
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
francis.schneider@lewisbrisbois.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2020, the above Entry of Appearance was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Francis M. Schneider
Francis M. Schneider

ELECTRONICALLY FILED
2020 Dec 23 PM 4:27
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001480-TO



**Court:**          Sedgwick County District Court

**Case Number:**    2020-CV-001480-TO

**Case Title:**     Dan McMahon vs. Petrochoice Dynamo LLC, et al.

**Type:**           Clerk's Order Extending Answer Deadline

SO ORDERED.

*B. D. Lumbreras*

Bernadine D. Lumbreras

/s/ Clerk of District Court

Electronically signed on 2020-12-23 16:27:39    page 1 of 3

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**SEDGWICK COUNTY, KANSAS, DISTRICT COURT**
**CIVIL DIVISION**

DAN MCMAHON,

        Plaintiff,

v.

PETROCHOICE DYNAMO LLC, and
PETROCHOICE HOLDINGS LLC,

        Defendants.

Case No. 2020-cv-001480-TO

## <u>CLERK'S ORDER EXTENDING ANSWER DEADLINE</u>

Pursuant to Kansas Supreme Court Rule 113, Defendant PetroChoice Dynamo LLC respectfully requests an extension of fourteen (14) days within which to answer or otherwise respond to Plaintiff's Petition. The time prescribed for Defendant to file an answer is currently December 24, 2020, and has not yet expired. Extending Defendant's deadline by fourteen days would make the new deadline January 7, 2021, to answer or otherwise respond to Plaintiff's Petition.

WHEREFORE, Defendant PetroChoice Dynamo LLC is granted an additional fourteen days (14) days, up to and including January 7, 2021, within which to answer or otherwise respond to Plaintiff's Petition.

By order of the clerk, pursuant to Supreme Court Rule 113.

Submitted by:

/s/ Alan L. Rupe
Alan L. Rupe, KS # 08914
Nanette Turner Kalcik, KS # 24030
Francis M. Schneider, KS # 27896
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316.609.7900
Facsimile: 316.462.5746
alan.rupe@lewisbrisbois.com
nanette.kalcik@lewisbrisbois.com
francis.schneider@lewisbrisbois.com

*Attorneys for Defendant PetroChoice Dynamo LLC*

ELECTRONICALLY FILED
2020 Dec 23 PM 3:30
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## SEDGWICK COUNTY, KANSAS, DISTRICT COURT
## CIVIL DIVISION

| | |
|---|---|
| DAN MCMAHON, | |
| Plaintiff, | |
| v. | Case No. 2020-cv-001480-TO |
| PETROCHOICE DYNAMO LLC, and PETROCHOICE HOLDINGS LLC, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Alan L. Rupe, of Lewis Brisbois Bisgaard & Smith LLP, hereby enters his appearance as counsel for Defendant PetroChoice Dynamo LLC.

/s/ Alan L. Rupe
Alan L. Rupe, KS #08914
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2020, the above Entry of Appearance was filed using

the Court's electronic filing system which sent notice to all counsel of record.

/s/ Alan L. Rupe
Alan L. Rupe

ELECTRONICALLY FILED
2020 Dec 23 PM 3:33
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-001480-TO

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## SEDGWICK COUNTY, KANSAS, DISTRICT COURT
## CIVIL DIVISION

DAN MCMAHON,

       Plaintiff,

v.

PETROCHOICE DYNAMO LLC, and
PETROCHOICE HOLDINGS LLC,

       Defendants.

Case No. 2020-cv-001480-TO

## ENTRY OF APPEARANCE

Nanette Turner Kalcik, of Lewis Brisbois Bisgaard & Smith LLP, hereby enters her appearance as counsel for Defendant PetroChoice Dynamo LLC.

/s/ Nanette Turner Kalcik
Nanette Turner Kalcik, KS # 24030
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
nanette.kalcik@lewisbrisbois.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2020, the above Entry of Appearance was filed using the Court's electronic filing system which sent notice to all counsel of record.

/s/ Nanette Turner Kalcik
Nanette Turner Kalcik